**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
REDAPT ATTUNIX, INC.,                          :
                                               :
                Plaintiff,           :         21-CV-7949 (RA) (OTW)
                                               :
                -against-           :         **ORDER**
                                               :
BASECAP ANALYTICS INC.,                        :
                                               :
                Defendant.           :
                                               :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On May 11, 2022, the Court held a confidential Pre-Settlement Conference Scheduling Call, during which the Court directed the parties to work together to resolve pending discovery issues and to have the conversations necessary to orient this matter towards settlement. On June 14, 2022, the Court held a follow-up confidential Pre-Settlement Conference Scheduling Call, where it became readily apparent to the Court that the parties had not had any meaningful conversations to resolve their discovery disputes or to move this case closer towards settlement, despite having more than a month to do so.

**The parties are directed to meaningfully meet and confer to resolve the issues identified in ECF 48.** The parties shall file a joint letter by close of business on **June 15, 2022**, indicating whether they prefer to come to a meet and confer session in person at the courthouse on June 24, 2022, at 3:00 p.m. or on July 1, 2022, at 3:00 p.m. The meet and confer session shall be held in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties may

avoid a trip to the courthouse by resolving their disputes before the date of the in-person conference and informing the Court that they have done so.

**SO ORDERED.**

Dated: June 14, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge