**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
REDAPT ATTUNIX, INC., :
:
               Plaintiff, :      21-CV-7949 (RA) (OTW)
:
             -against- :
:      **ORDER**
BASECAP ANALYTICS INC., :
:
             Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 64, 65 and 67. To the extent that ECF 65 is a motion for reconsideration of ECF 59, it is **DENIED**. The parties are directed to meet and confer regarding dates for their respective system inspections, and to complete those inspections **before** bringing any other discovery issues to the Court. The parties shall make available to each other's experts the limited, requisite information needed to complete the inspections expeditiously. The exchanged information is subject to the Protective Order entered in this action. *See* ECF 61.

The Court shall hold an in-person status conference in this matter on **Tuesday, October 11, 2022 at 2:30 p.m.**, in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint agenda by Friday, October 7, 2022.

      SO ORDERED.

                                                                         *s/ Ona T. Wang*

Dated: August 2, 2022                               **Ona T. Wang**
      New York, New York                 United States Magistrate Judge