```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
 REDAPT ATTUNIX, INC.,                                       :
                                                             :
                            Plaintiff,                       :          21-CV-7949 (RA) (OTW)
                                                             :
                    -against-                                :          ORDER
                                                             :
 BASECAP ANALYTICS INC.,                                     :
                                                             :
                            Defendant.                       :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on October 12, 2022.

Pursuant to rulings made on the record at the status conference, Defendant shall produce to Plaintiff, **by October 28, 2022**, a paper copy of the information Plaintiff sought in the prior inspection of Defendant's materials.

By **November 4, 2022**, the parties shall email to Chambers separate *ex parte* letters (not to be filed on the docket and not copied to the other side) expressing their views on the settlement possibilities of this case. The letters shall not exceed three pages, and the parties shall include in the letters descriptions of any conversations they may have had with opposing counsel regarding settlement.

All other discovery is stayed.

**SO ORDERED.**

Dated: October 13, 2022              *s/ Ona T. Wang*
       New York, New York            **Ona T. Wang**
                                     United States Magistrate Judge